1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HAVEY, ) | |
|       Petitioner, ) | No. C 07-5510 CRB (PR) |
| vs. ) | ORDER OF DISMISSAL |
| VICTOR ALMAGER, Warden, ) | |
|       Respondent. ) | |

      Petitioner, a state prisoner currently incarcerated at Centinela State Prison in Imperial, California, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254. His first petition was denied on the merits. See Havey v. Hubbard, No. C 97-2330 CRB (PR) (N.D. Cal. July 9, 2001) (order denying petition for writ of habeas corpus).

      A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The instant petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

| | |
|---|---|
| 1 | Based on petitioner's lack of financial resources, his application for leave |
| 2 | to proceed in forma pauperis is GRANTED. |
| 3 | The clerk shall close the file and terminate all other pending motions as |
| 4 | moot. |
| 5 | SO ORDERED. |
| 6 | DATED: November 5, 2007 |
| 7 | CHARLES R. BREYER<br>United States District Judge |

G:\PRO-SE\CRB\HC.07\Havey, E1.or1.wpd                    2