UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD HAVEY,

        Plaintiff,

v.

PEOPLE OF STATE OF CA et al,

        Defendant.

Case Number: CV07-05510 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Havey J05659
Centinela State Prison
Facility C, Cell 2107 L
P.O. Box 921
Imperial, CA 92251

Dated: November 5, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk