IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD HAVEY,

        Petitioner,

v.

PEOPLE OF STATE OF CA,

        Respondent.

No. CV 07-05510 CRB,

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of respondent.

Dated: November 5, 2007

Richard W. Wieking, Clerk

By: _____
Deputy Clerk